**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-6478**

BERNARD BUSH,

Plaintiff - Appellant,

v.

BENJAMIN J. ULEP, Medical Doctor,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Rebecca Beach Smith, District Judge. (2:08-cv-00053-RBS-FBS)

Submitted: May 22, 2008         Decided: June 2, 2008

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Bernard Bush, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bernard Bush appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2000) complaint and his motion filed under Fed. R. Civ. P. 59(e). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Bush v. Ulep</u>, No. 2:08-cv-00053-RBS-FBS (E.D. Va. Feb. 8, 2008; Mar. 18, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>